**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 98-20826**
**Summary Calendar**

---

**C. EARLINE BEAM,**

**Plaintiff-Appellant,**

**VERSUS**

**PASADENA INDEPENDENT SCHOOL DISTRICT,**

**Defendant-Appellee.**

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-1594)

---

March 16, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judge.

PER CURIAM:[*]

C. Earline Beam ("Beam") sued her former employer, Pasadena Independent School District ("PISD"), in May 1997, alleging claims against PISD for sex discrimination and/or retaliation under 42 U.S.C. § 2000-e ("Title VII"); for age discrimination under the Age Discrimination and Employment Act, 29 U.S.C. § 621, et seq. ("ADEA"); and for due process violations under the Fourteenth Amendment. In February 1998, PISD moved for partial summary

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment and Beam withdrew her age discrimination and due process claims. PISD then moved for summary judgment on Beam's remaining claims and the district judge granted summary judgment dismissing all of Beam's claims. Beam timely filed this appeal.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the district judge in her Memorandum Opinion and Order entered August 7, 1998, we AFFIRM the Final Judgment entered on the same date which grants PISD's motion for summary judgment.

**AFFIRMED.**